Dear: Sharri Roessler/Clerk                                           9-9-15

    My name is Justin S. Mathews court of appeals number 10-12-00046-CR
Trial court case number 2011-1351-C1. I'm sending payment for

1. Clerk's record -115 pages
2. Reporters records Vol-1 12, pages Vol-2 124 pages
~~Vol-4~~ Vol-5 57 pages

                                        Thank You
                                        Justin S. Mathews

RECEIVED
OCT 2 6 2015
COURT OF APPEALS
WACO, TEXAS



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INMATE TRUST FUND
851712
P.O. BOX 4016 HUNTSVILLE, TEXAS 77342-0608
VOID AFTER 12 MONTHS
DATE 10 20 15
$******30.80***

PAY TO THE ORDER OF
TENTH COURT OF APPEALS

PAY THE AMOUNT OF THIRTY AND 80/100 _____ DOLLARS
FROM ACCOUNT: 01767826    MATTHEW WALTON

Bank of America
Dallas, TX

"851712" ":110000025: 001799772988"

Guston Matthews #1767826
1201 FM 3522
Abilene, TX. 79601



NORTH HOUSTON TX 773

22 OCT 2015 PM 6 L

RECEIVED
OCT 2 6 2015
COURT OF APPEALS
WACO, TEXAS

Tenth Court of Appeals
McLennan County Courthouse
501 Washington Ave, Rm. 415
Waco, Texas 76701-1373

76701137315